### 43563. CRANE v. ADAMS-CATES COMPANY.
(350 SE2d 767)

WELTNER, Justice.

A jury found that Adams-Cates' release to Crane should be rescinded when Adams-Cates discovered an accounting error in the computation of Crane's debt. OCGA §§ 23-2-24 and 23-2-32 (b) govern the disposition of this case. See also *Gulf Life Ins. Co. v. Folsom*, 256 Ga. 402 (349 SE2d 368) (1986).

*Judgment affirmed. All the Justices concur.*

DECIDED OCTOBER 29, 1986.

*Spearman & Dunham, William Lewis Spearman, Pamela G. Guest,* for appellant.

*Hurt, Richardson, Garner, Todd & Cadenhead, James H. Cox, Edward H. Nicholson, Jr.,* for appellee.